# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RAFAEL ALBERTO LLOVERA LINARES,

    Petitioner,

vs.                                                                                    Case No. 4:13cv412-WS/CAS

DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

On July 25, 2013, Petitioner submitted a petition for writ of habeas corpus, doc. 1, a motion for leave to proceed in forma pauperis, doc. 2, a motion to appoint counsel, doc. 3, a motion for preliminary injunction, doc. 4, and a second motion for preliminary injunction, doc. 5. Subsequently, Petitioner has filed a notice of change of address, doc. 6, and another notice of change of address, doc. 7.

The petition filed in this case pursuant to § 2241 is identical to the petition filed in case number 4:13cv238-RH/CAS, another § 2241 habeas case filed by Petitioner. A report and recommendation was entered in that case in May 2013, doc. 7, but was remanded on August 11, 2013, doc. 8, of case number 4:13cv238. It was during the interim period that Petitioner initiated this case. Subsequently, an Order was entered

directing service in case number 4:13cv238, and an answer or other response is due by October 15, 2013. Doc. 9 of that case. Thus, Petitioner's prior case has proceeded further than this case and is ongoing.

There is no need for two identical petitions to proceed in this Court. That does not promote judicial economy, nor will it help Petitioner receive relief any earlier, should relief be possible. Thus, it is recommended that this case be **DISMISSED** as duplicative and all pending motions be **DENIED**.

In light of the foregoing, it is respectfully **RECOMMENDED** that Petitioner's § 2241 habeas petition, doc. 1, be **DISMISSED** as duplicative of case number 4:13cv238.

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2013.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**