IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL ALBERTO LLOVERA LINARES,

    Petitioner,

v.                                                     4:13cv412-WS

DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed September 12, 2013. See Doc. 8. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as duplicative of Case No. 4:13cv238-RH.

Having considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED as duplicative of Case No. 4:13cv238-RH.

3. The clerk is directed to enter judgment stating: "All claims are DISMISSED

without prejudice."

DONE AND ORDERED this   21st   day of     October    , 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE